**FILED**

JUN 2 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RUBEN YUMANG MASANGCAY,

Defendant.

No. CR-05-00085-WDB

**SEALING ORDER**

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

☒     Presentence Report

☐     Plea Agreement

☐     _____
          (Other)

**IT IS SO ORDERED.**

Dated: 6/23/05

WAYNE D. BRAZIL
United States Magistrate Judge

cc:  WDB's Stats and Probation, Copy
served to both AUSA Deborah Douglas
and AFPD Joyce Leavitt by ECF