| | |
|---|---|
| BARRY J. PORTMAN<br>Federal Public Defender<br>JOYCE LEAVITT<br>Assistant Federal Public Defender<br>555 12th Street, Suite 650<br>Oakland, CA 94607-3627<br><br>Counsel for Defendant MASANGCAY | **FILED**<br>JUL 7 2005<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RUBEN MASANGCAY,<br><br>　　　　　Defendant. | No. CR 05-00085 WDB<br><br>[~~PROPOSED~~] ORDER RECONVEYING PROPERTY FROM RICHARD W. WIEKING TO RENEE AND SANDRA ZAMORA |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the property located at 284 Appian Way, Union City, California 94587, for which a short form deed of trust was recorded and filed in Alameda County on March 23, 2005, granting, transferring and assigning to Richard W. Wieking, Clerk of the United States District Court for the Northern District of California may be immediately reconveyed to owners Renee and Sandra Zamora. The property was originally posted to support a bond on behalf of Ruben Masangcay and allow him to travel to the Philippines. Mr. Masangcay has since returned from the Philippines and was sentenced by the court on June 22, 2005.

At the time of the June 22, 2005, sentencing, the court exonerated the bond. For this reason, the property securing the bond should be reconveyed to Renee and Sandra Zamora.

SO ORDERED.

DATED: 7-7-05

_____
WAYNE D. BRAZIL
United States Magistrate Judge